**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: March 20, 2024
Docket #: 24-621
Short Title: 336 LLC v. City of New York

DC Docket #: 1:18-cv-3732
DC Court: SDNY (NEW YORK CITY)
Trial Judge - Lewis Liman

### NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.